McRAE et al. v. DAVID. (Circuit Court of Appeals, Ninth Circuit. February 20, 1911.) No. 1,940. Appeal from the Circuit Court of the United States for the Northern Division of the Western District of Washington. For opinion below, see 183 Fed. 812. Charles F. Munday, for appellants. Kerr & McCord, for appellee.

PER CURIAM. On consideration of, and pursuant to, the stipulation of counsel filed on the 18th day of February, A. D. 1911, in the above-entitled cause, it is ordered that the appeal in the above-entitled cause be and hereby is dismissed, and that the decree of the court below in the above-entitled cause be and hereby is affirmed, and that the surety upon the supersedeas

bond filed in the court below be and hereby is released and discharged from liability. It is further ordered that a mandate of this court under rule 32 (150 Fed. xxxvi, 79 C. C. A. xxxvi) forthwith issue in the above-entitled cause.